# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| BARBARA KIMBLE | CASE NO. 5:19-CV-01225 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| PIGGLY WIGGLY, ET AL. | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED plaintiff's complaint is hereby DISMISSED, without prejudice, for lack of subject matter jurisdiction, and for failure to prosecute/serve defendants. Fed.R.Civ.P. 12(h)(3); Fed.R.Civ.P. 4(m); LR 41.3W.

THUS DONE AND SIGNED, in Chambers, at Shreveport, Louisiana, this 28th_____ day of _May_____, 2020.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT COURT JUDGE